

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2014

No. 04-14-00337-CV

**IN THE MATTER OF J.M.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2005JUV01800
The Honorable Carmen Kelsey, Judge Presiding

## O R D E R

Appellant's motion for appellate record filed on June 24, 2014, is DENIED AS MOOT.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court